**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: George May Jr.                     CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 25-13231 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 and index same on the master mailing list.

                                        Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
18 Aug 2025, 13:03:01, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 5ca3c1e2daa337119906cd84fbfba768949b6e961bb4779162dea77f07b6dbd6