IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| GEORGE MAY | : | Bankruptcy No. 25-13231-AMC |
| | : | |
| Debtor | : | |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of the Commonwealth of Pennsylvania, Department of Revenue, in this case.

PLEASE TAKE NOTICE that the Commonwealth of Pennsylvania, Department of Revenue, respectfully requests that all notices given or required to be given in this case by the Court and/or any other party to this case, be given to the Commonwealth by serving the undersigned counsel.

                                              Respectfully submitted,

                                              DAVID W. SUNDAY JR.
                                              Attorney General

                               By:   *s/ Christopher R. Momjian*
                                              Christopher R. Momjian
Office of Attorney General                    Senior Deputy Attorney General
Financial Enforcement Section                Attorney ID 57482
The Phoenix Building
1600 Arch Street, Suite 300
Philadelphia, PA 19103                           MELISSA L. VAN ECK
Phone: (215) 560-2424                             Chief Deputy Attorney General

crmomjian@attorneygeneral.gov

                                              Counsel for Commonwealth of Pennsylvania
Date: October 3, 2025                               Department of Revenue