United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                Case No. 25-13231-amc

George May, Jr.                                                       Chapter 13

       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                              Page 1 of 3

Date Rcvd: Feb 12, 2026                     Form ID: pdf900                          Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | George May, Jr., 8022 Lindbergh Blvd, Philadelphia, PA 19153-1601 |
| 15057719 | + | Commonwealth of Pennsylvania Department of Revenue, C/O Christopher Momjian, The Phoenix Building, 1600 Arch Street, Suite 300, Philadelphia, PA 19103-2016 |
| 15040554 | + | Deutsche Bank National Trust Company, C/O Matthew K. Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15039587 | ++ | PIONEER CREDIT RECOVERY, BANKRUPTCY, 26 EDWARD ST, ARCADE NY 14009-1012 address filed with court:, Pioneer Credit Recovery, PO Box 345, Arcade, NY 14009 |
| 15039575 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15039590 | | Water Revenue Bureau, c/o City of Philadelphia Law Dept., Tax & Revenue Unit 1401 JFK Blvd., 5th F, Philadelphia, PA 19102-1595 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2026 00:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2026 00:10:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| 15041208 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2026 00:20:29 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15041821 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 13 2026 00:20:06 | Ally Financial, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15091908 | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15039579 | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | City of Philadelphia, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15099444 | | Email/Text: megan.harper@phila.gov | Feb 13 2026 00:11:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., 5th floor, Philadelphia, PA 19102 |
| 15039580 | + | Email/Text: bankruptcy@consumerportfolio.com | Feb 13 2026 00:10:00 | Consumer Portfolio Services, Inc., Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Feb 12, 2026 | Form ID: pdf900 | Total Noticed: 32

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15039581 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 13 2026 00:10:00 | Dept of Education/Neln, PO Box 82561, Lincoln, NE 68501-2561 |
| 15063834 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2026 00:11:00 | Deutsche Bank National Trust Company, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 15039582 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 13 2026 00:10:00 | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 15039572 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 13 2026 00:10:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15039583 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 00:10:00 | JCAP Funding, LLC, PO Box 8001, Saint Cloud, MN 56302-8001 |
| 15039584 | | Email/Text: JCAP_BNC_Notices@jcap.com | Feb 13 2026 00:10:00 | Jefferson Capital Systems, LLC, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 15039585 | + | Email/Text: bankruptcygroup@peco-energy.com | Feb 13 2026 00:10:00 | PECO, Attn: Bankruptcy, 2301 Market Street, Philadelphia, PA 19103-1380 |
| 15039587 | | Email/Text: mailroom_wny@pioneercx.com | Feb 13 2026 00:10:00 | Pioneer Credit Recovery, PO Box 345, Arcade, NY 14009 |
| 15039573 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2026 00:10:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15039576 | ^ | MEBN | Feb 13 2026 00:05:12 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15039586 | ^ | MEBN | Feb 13 2026 00:04:55 | Philadelphia Gas Works, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 15039578 | + | Email/Text: bankruptcy@philapark.org | Feb 13 2026 00:11:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15039588 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 13 2026 00:11:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15040098 | ^ | MEBN | Feb 13 2026 00:05:08 | Sensible Auto Finance, 44 Old Ridgebury Rd, Ste 100, Danbury, CT 06810-5259 |
| 15039589 | | Email/Text: compliance@sensibleauto.com | Feb 13 2026 00:11:00 | Sensible Auto Lending, 275 Middlesex Tpke, Old Saybrook, CT 06475-4209 |
| 15047499 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Feb 13 2026 00:10:00 | U.S Department of Education c/o Nelnet, 121 South 13th Street, Lincoln, NE 68508-1911 |
| 15039577 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 13 2026 00:10:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15039574 | ^ | MEBN | Feb 13 2026 00:04:46 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 12, 2026 | Form ID: pdf900 | Total Noticed: 32 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2026                         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor George May  Jr. brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CHRISTOPHER R. MOMJIAN | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov jhuiet@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2006-WL3, Asset-Backed Certificates, Series 2006-WL3 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In Re: | : | |
| --- | --- | --- |
| George May, Jr. | : | Chapter 13 |
| | : | Case No. 25-13231-AMC |
| Debtor(s) | : | |

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F.

Waterman, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby

**ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED with a bar on refiling.  The debtor is barred from refiling for a period of one year without prior leave of Court.**

2. Counsel for the Debtor(s) shall file a master mailing list with the Clerk of the

Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in

the possession of the Trustee shall not revest in the entity in which such property was vested

immediately before the commencement of the case.  All other property of the estate shall revest

pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications

for allowance of professional fees) shall be filed within twenty (20) days of the entry of this

Order.

6. Counsel for the Debtor(s) shall serve this Order by first class mail, postage

prepaid, on all interested parties within five (5) days of the entry of this Order.  Within thirty (30)

days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such

service, and (2) a Certification of No Response confirming that neither an objection to the

proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7.    If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. § 1326(a)(2).

Dated:  Feb. 12, 2026

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE