**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
|---|---|---|
| George May, Jr. | : | Chapter 13 |
| | : | Case No.: 25-13231-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: March 13, 2026                    /s/ Brad J. Sadek, Esquire

Brad J. Sadek, Esquire
Sadek Law Offices
1500 JFK Boulevard Suite 220
Philadelphia, Pa 19102
215-545-0008